US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS

SEP 1 1 2012

CHRIS R. JOHNSON, Clerk
By

Deputy Clerk

| | |
|---|---|
| Linda Hernandez, in her capacity as Executor of the State of Mildred P. Alexander, Plaintiff, | ) ) ) ) |
| v. | ) Case No. 12-2213 |
| 1.Sparks Regional Medical Center Also known as Sparks Health System, Defendant. | ) ) ) ) |

## COMPLAINT

Plaintiff, Linda Hernandez, in her capacity as Executor of the Estate of Mildred P. Alexander, for her cause of action against Defendant, Sparks Regional Medical Center, also known as Sparks Health System, alleges and states as follows:

1. Plaintiff is a citizen of the State of Oklahoma.

2. The Defendant, Sparks Regional Medical Center, also known as Sparks Health System, is a corporation incorporated under the laws of the State of Arkansas and has its principal place of business in Arkansas. Defendant is a citizen of the State of Arkansas.

3. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. This Court has jurisdiction by reason of diversity of the parties pursuant to the provisions of 28 USC 1332.

5. On December 26, 2009, Mildred P. Alexander was a patient at the hospital known as Sparks Regional Medical Center, located in the City of Fort Smith, Arkansas.

6. The hospital known as Sparks Regional Medical Center is owned and operated by the Defendant.

7. Because Mildred P. Alexander was a patient in its hospital, Defendant owed a duty of care to Mildred P. Alexander.

8. On December 26, 2009, two hospital orderlies, who were employees, agents or servants of the Defendant, put Mildred P. Alexander into a wheelchair and wheeled her out of the hospital and into the parking lot of the hospital.

9. In the hospital parking lot, Defendant's employees lifted Mildred P. Alexander from the wheelchair and tried to put her into the backseat of a car. While trying to put her into the car, the hospital orderlies dropped Mildred P. Alexander and thereby caused her leg to strike the doorsill of the car door.

10. As a result of the actions or omissions of the hospital orderlies, Mildred P. Alexander suffered a fracture of her leg bone and other bodily injuries.

11. The actions or omissions of Defendant's employees, agents or servants, that resulted in the dropping of Mildred P. Alexander, and that caused her bodily injuries, constitute negligence on the part of the Defendant, for which Defendant should be held liable.

12. As a result of such negligence on the part of Defendant's employees, agents or servants, Mildred P. Alexander sustained bodily injuries. In addition, Mildred P. Alexander sustained medical bills, doctor bills, hospital bills, pharmacy bills and other economic damages. In addition, Mildred P. Alexander suffered physical and mental pain and suffering. Mildred P. Alexander's damages total in excess of $75,000, exclusive of interest and costs.

13. Mildred P. Alexander died June 30, 2012 in LeFlore County, Oklahoma. At the time of her death, Mildred P. Alexander was a resident of, and a citizen of, the State of Oklahoma.

14. On August 21, 2012, the District Court of LeFlore County, Oklahoma, in Case number PB-2012-66, appointed Plaintiff, Linda Hernandez, to serve as the Executor of the Estate of Mildred P. Alexander. Plaintiff is the duly appointed and acting Executor of the Estate of Mildred P. Alexander.

15. Prior to her death, Mildred P. Alexander filed a *Complaint* in the United States District Court for the Western District of Arkansas, Case Number 11-2247, <u>Mildred P. Alexander v. Sparks Regional Medical Center</u>. In that Complaint, Mildred P. Alexander asserted that on December 26, 2009, employees, agents or servants of Sparks Regional Medical Center, while acting within the scope of their employment, were trying to put Mildred P.

Alexander into a car when, through their negligence, they caused Mildred P.

Alexander's leg to strike the sill of the car door, and caused Mildred P.

Alexander to sustain a fracture of the leg bone and other bodily injuries and

damages.   On July 3, 2012, this Court dismissed said Case Number 11-2247

without prejudice.

16. Plaintiff demands a jury trial.

WHEREFORE Plaintiff, Linda Hernandez, in her capacity as Executor of the

estate of Mildred P. Alexander, prays for judgment against the Defendant, Sparks

Regional Medical Center, also known as Sparks Health System, in an amount in

excess of $75,000, exclusive of interest and costs.

LINDA HERNANDEZ, EXECUTOR, PLAINTIFF

Jeff Mixon OBA # 11439
CURTIS & MIXON
900 N. Broadway, Suite 3
Ben Curtis Okla. Bar Ass'n  # 2119
Jeff Mixon Okla. Bar Assn' # 11439
Mailing Address: P.O. Box 767
Poteau OK 74953
Phone: 918.647.9191
Facsimile: 918.647.9688
jeff.mixon@hotmail.com

ATTORNEY LIEN CLAIMED. JURY TRIAL DEMANDED.