IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LINDA HERNANDEZ, in her capacity
as Executor of the Estate of
MILDRED P. ALEXANDER                                    PLAINTIFF

    v.                          Case No. 2:12-CV-02213

FORT SMITH HMA LLC d/b/a
SPARKS REGIONAL MEDICAL CENTER                          DEFENDANT

<u>O R D E R</u>

NOW on this 8th day of July, 2013, comes on for consideration the above-styled cause.

IT APPEARING to the court that the matter has been settled, counsel for Plaintiff having so advised the court, it is ORDERED that Plaintiff's Complaint (doc. 1) be dismissed, subject to the terms of the settlement agreement.  The parties are to bear their own fees and costs, unless otherwise specified in the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order.

The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**